SULLIVAN, Appellant, v. CONNERS, Respondent. (Supreme Court, Appellate Division, Fourth Department. October 2, 1912.) Action by Margaret E. Sullivan against William J. Conners. No opinion. Order affirmed, with $10 costs and disbursements.

SULLIVAN, Appellant, v. CONNORS, Respondent. (Supreme Court, Appellate Division, Fourth Department. October 16, 1912.) Action by Margaret E. Sullivan against William J. Connors. No opinion. Motion for leave to appeal to Court of Appeals denied, with $10 costs.

SULLIVAN, Appellant, v. MACK, Respondent. (Supreme Court, Appellate Division, Fourth Department. October 2, 1912.) Action by Margaret E. Sullivan against Norman E. Mack. No opinion. Order affirmed, with $10 costs and disbursements.

SUTTON, Appellant, v. BUTLER, Respondent. (Supreme Court, Appellate Division, Second Department. November 1, 1912.) Action by McWalter B. Sutton against William E. Butler. No opinion. Motion denied, without costs. See, also, 135 N. Y. Supp. 1145.

SZYMANSKI, Appellant, v. SZYMANSKI, Respondent. (Supreme Court, Appellate Division, Fourth Department. October 8, 1912.) Action by Boleslaw Szymanski against Helena Szymanski.

PER CURIAM. Judgment affirmed, with costs.

McLENNAN, P. J., dissents, upon the ground that it was a question of fact whether the title was taken in the name of the wife because of fraud practiced upon the husband.

SPRING, J., not sitting.

TARTER, Respondent, v. MORGAN et al., Appellants. (Supreme Court, Appellate Division, Second Department. October 18, 1912.) Action by Joseph A. Tarter against William J. Morgan and another. No opinion. Motion denied, on condition that the appellants pay $10 costs, perfect their appeal, place the case on the next calendar, and be ready for argument when reached; otherwise, motion granted, with $10 costs.

In re TAYLOR. (Supreme Court, Appellate Division, Second Department. October 4, 1912.) In the matter of James Taylor, an attorney. No opinion. Motion granted. See, also, 147 App. Div. 936, 132 N. Y. Supp. 1148.

THOMAS, Appellant, v. BELNORD AUTO STORAGE CO., Respondent. (Supreme Court, Appellate Division, First Department. October 18, 1912.) Action by Oscar B. Thomas against the Belnord Auto Storage Company. O. B. Thomas, of New York City, for appellant. H. M. Flateau, of New York City, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

TITLE GUARANTEE & TRUST CO. v. SUGERMAN et al. (Supreme Court, Appellate Division, Second Department. November 15, 1912.) Action by the Title Guarantee & Trust Company, individually and as executor, etc., of Mary Augusta Mott, deceased, against Philip Sugerman and others.

PER CURIAM. Judgment affirmed, with costs. See, also, 149 App. Div. 925, 133 N. Y. Supp. 1146.

THOMAS, J., concurs, so far as the disposition of the fund is concerned, but dissents as to the finding that the loan was usurious.

TOLAND et al., Appellants, v. BRACKEN et al., Respondents. (Supreme Court, Appellate Division, First Department. October 18, 1912.) Action by Andrew J. Toland and another against Thomas Bracken and others. W. F. Clare, of New York City, for appellants. J. J. Cunneen, of Buffalo, for respondents. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

TUPPER, Respondent, v. TUPPER, Appellant. (Supreme Court, Appellate Division, Fourth Department. October 8, 1912.) Action by Allen P. Tupper against Jeannie B. Tupper.

PER CURIAM. Order reversed, with costs, motion for new trial denied, and verdict of jury reinstated. Held, that the verdict of the jury upon both questions submitted to them was not against the weight of the evidence.

ROBSON, J., dissents.

In re UNDERWOOD et al. (Supreme Court, Appellate Division, Fourth Department. October 16, 1912.) In the matter of the judicial settlement of the accounts of Henry C. Underwood and William T. Morris, as executors, etc., of Henrietta J. Monell, deceased.

PER CURIAM. Decree affirmed, with costs. SPRING, J., not sitting.

In re UVALDE ASPHALT PAVING CO. (Supreme Court, Appellate Division, First Department. November 1, 1912.) In the matter of the application of the Uvalde Asphalt Paving Company. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

VAN DEVORT, Respondent, v. MINK, Appellant. (Supreme Court, Appellate Division, Fourth Department. October 16, 1912.) Action by Gilbert M. Van Devort, as administrator, etc., against Lincoln A. Mink. No opinion. Appeal dismissed, without costs, upon stipulation filed.

VANE, Appellant, v. FLAHERTY et al., Respondents. (Supreme Court, Appellate Division, First Department. November 8, 1912.) Action by James G. Vane against William H. Flaherty and another. H. F. Stone, of New York City, for appellant. J. H. Beall, of New York City, for respondents. No opinion. Judg-